UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:

QUEEN E. MILLER,                                  Chapter 7
        Debtor;

THERESA M. BENDER, TRUSTEE,                       CASE NO. 05-40736-LMK
        Plaintiff,
v.                                                Adversary no. 08-04009

Edny Saint Felix,
        Defendant.
=============================================================

### DEFENDANT'S MOTION FOR SANCTIONS
### PURSUANT TO FRBP 9011

COMES NOW THE DEFENDANT, Edny Saint Felix, and makes and states this Motion for
Sanctions against the Debtor, the Plaintiff, and/or their counsel, showing the court as follows:

1.

The factual and legal assertions set forth in the Plaintiff's complaint do not give rise to

even a colorable claim for relief against the Defendant, are not warranted by existing law, and

are not supported by the facts of the case.

2.

By pursuing their meritless claims against the Defendant, the Plaintiff and her counsel

have unduly vexed, taxed, and brought costs upon the Defendant.

3.

The Debtor, the Plaintiff, and/or their counsel should be ordered to pay to the

Defendant sufficient sums to compensate him for his costs and expenses in this matter,

including but not limited to attorneys fees as set forth in Federal Rule of Bankruptcy

Procedure 9011.

WHEREFORE THE DEFENDANT PRAYS that the Debtor, the Plaintiff, or Plaintiff's counsel be ordered to compensate the Defendant for his costs, expenses, and attorneys fees in this matter, and for such other and further relief as the court shall deem appropriate.

Respectfully submitted, this 17th day of April 2009.

Allen P. Turnage
Post Office Box 15219
Tallahassee FL 32317
(850) 224-3231 voice
(850) 224-2535 facsimile
attyallen@embarqmail.com
Florida Bar no. 993085

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Motion for Sanctions Pursuant to FRBP 9011 upon the Debtor, Queen Miller, 3072 Hawks Landing Drive, Tallahassee, FL 32309; the Plaintiff, Theresa M. Bender, PO Box 14557, Tallahassee, FL 32317; David H. Abrams, Counsel for the Debtor/Plaintiff, PO Box 3298, Tallahassee FL 32315 by regular first class mail, postage prepaid.

Respectfully submitted, this 17th day of April 2009.

Allen P. Turnage
Post Office Box 15219
Tallahassee FL 32317
(850) 224-3231 voice
(850) 224-2535 facsimile
attyallen@embarqmail.com
Florida Bar no. 993085