IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

QUEEN MILLER,

    Appellant,

v.                                           CASE NO. 4:10-cv-00039-MP-WCS

EDNY SAINT FELIX,

    Appellee.

_____/

## **O R D E R**

This matter is before the Court on Appellee's motion for a 7-day extension of time to file a response to Appellant's Brief. The motion is granted, and Appellee shall file a response by March 16, 2010.

**DONE AND ORDERED** this _10th_ day of March, 2010

                        *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge