UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

In re:  Queen E. Miller,            Case No.: 4:10-cv-0039-MP-WCS
        Debtor,                     Chapter 7

Theresa M. Bender, Trustee
for the Estate of Queen Elizabeth Miller,
        Plaintiff,

vs.

Edny Saint Felix,
        Defendant.
_____/

## NOTICE OF APPEAL

DAVID H. ABRAMS, on behalf of himself, appeals under Rule 6 FRAP and 28 U.S.C. section 158(a) or (b) from the judgment, order or decree of the Bankruptcy Court imposing sanctions upon the undersigned attorney and entered in this adversary proceeding on the 30th day of December 2009 and pursuant to 28 U.S.C. section 158(d) upon the decision of the United States District Court for the Northern District of Florida affirming the bankruptcy Court decision.

The names of all parties to the judgment, order, or decree appealed from the names, address, and telephone numbers of their respective attorneys are as follows:

        Queen Miller
        372 Hawks Landing Drive
        Tallahassee, FL 32309
        850- 878-8103

        Theresa M. Bender
        Chapter 7 Trustee
        P.O. Box 14557
        Tallahassee, FL 32317
        850-205-7777

        ~~Allen Turnage~~

2344 Centerville Road, #101
Tallahassee, FL 32308
850-224-3231

Edny Saint Felix c/o Allen Turnage
2344 Centerville Road, #101
Tallahassee, FL 32308

Respectfully submitted this 30th day of April 2010.

/S/David H. Abrams
David H. Abrams
Law office of David H. Abrams
Attorney for Debtor
P.O. Box 3298
Tallahassee, FL 32315
(850) 224-7653 (850) 222-0206
Info@TallahasseeConsumerLawyer.com

Certificate of Service

I hereby certify that a true and correct copy of the foregoing, accompanied by the attached amended complaint, was provided by electronic and/or regular U.S. mail to: Allen P. Turnage, Esquire, Attorney for Defendant, P.O. Box 15219, Tallahassee, FL 32317 and Theresa M. Bender, Chapter 7 Trustee, this April 30, 2010.

/S/David H. Abrams
David H. Abrams, Esq.
Attorney for the Debtor/Plaintiff